IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America,<br>Plaintiff, | )<br>)<br>) |
| VS. | ) Case Number: 1:15-CV-01250<br>) |
| Donald Wiggins,<br>M. Jerline Wiggins,<br>Kimberly Wiggins McDonald,<br>Amanda Wiggins McKee,<br>Defendants. | )<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT BY CONSENT

Pursuant to the consent of the parties, Plaintiff United States of America (the "United States") and Defendants, Donald Wiggins, M. Jerline Wiggins, Kimberly Wiggins McDonald, and Amanda Wiggins McKee (the "Defendants") it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendants hereby agree to the entry of this consent judgment that NULLIFIES the transfer of real estate from Donald A. Wiggins and wife, M. Jerline Wiggins to Kimberly Wiggins McDonald and Amanda Wiggins McKee, their heirs and assigns, forever, all of our right, title and interest by an Assumption Deed dated August 9, 2011 and recorded on August 19, 2011 in Hardeman County, Tennessee in Deed Book 56, Pgs 881-883 regarding the real estate described as:

> First Tract
> Beginning at a stake with black oak and white oak and chestnut pointers 64 poles east of the S.E. corner of Entry No. 496 for 200 acres in the name of John Vaughan at a corner of Entry No. 431 for 358 acres in the name of Nelson Wiley and runs

PAGE 1 – Final Judgment By Consent

thence west 252 poles to a white oak; thence south 79 poles to a stake with white oak, red oak and hickory pointers; thence east 180 poles to a hickory with 2 hickory pointers; thence south 99 poles to a hickory, Spanish oak and 2 white oak pointers; thence east 72 poles to a white oak with hickory and white oak pointers; thence north 198 poles to the beginning, containing 205 acres, more or less.

Second Tract

Beginning at an ironwood with Spanish and birch pointers to the S.E. corner of a field fence on the creek and runs thence N.W. with the said fence a conditional line running ___feet west of a spring to the south boundary line of Entry No. 767 for 200 acres made in the name of Pitser Miller to a stake, thence east with said line to a stake in a branch with maple and dogwood pointers at a N.E. corner of Entry No. 1379 for 177 acres in the name of W.G. Hays; thence down said branch with its meanderings to the beginning containing 8 acres, more or less, both of above tracts contains 213 acres, more or less.

The above description being the same used in prior deed.

It being the same real property conveyed from Aubrey B. Vaughan, Jr. and wife, Dora G. Vaughan to Donald A. Wiggins and wife, M. Jerline Wiggins by deed dated June 21, 1991, as found of record in Deed Book D-14, Page 163, Register's Office of Hardeman County, Tennessee.

MAP 77 PARCEL 35 ("real property").

(See D.E. 1-11)

3. This Court Orders that the Defendants execute all documents necessary to establish ownership rights in the above-described real property to Donald Wiggins to be recorded in the Hardeman County, Tennessee Register's Office.

4. Immediately after establishing the real estate ownership rights to the above-described real property to himself, Donald Wiggins, is ordered to obtain the necessary financing to satisfy the debt described in the Complaint For Fraudulent Transfer (D.E. 1) totaling $22,859.19 plus interest arising from the judgment in favor of the United States in *United States v. Donald Wiggins*, CV 12-1028-JDB (D. TNW.) hereinafter (the "debt").

5. Donald Wiggins will contact the United States for the final amount due on the debt which will include the principal and interest and pay said debt amount on that day.

6. The United States is awarded a judgment against the Defendants, jointly and severally, for the full amount of the debt being the same debt arising from the judgment in favor of the *United States v. Donald Wiggins*, CV 12-1028-JDB (D. TNW.).

7. This judgment shall be recorded among the records in the County of residence of the Defendants, and all other jurisdictions where it is determined by the plaintiff that the Defendants own real or personal property.

8. Upon payment to United States for the full amount of the debt pursuant to this Consent Order, the United States will execute further documents, to the extent necessary, to release its lien upon the real property.

9. Upon payment to United States for full amount of the debt pursuant to this Consent Order, this case, 15-CV-01250 shall be dismissed as to the Complaint for Fraudulent Transfer and United States will release any lien it has recorded related to this judgment.

10. Upon payment to United States for full amount of the debt pursuant to this Consent Order, the judgment debt in *United States v. Donald Wiggins*, CV 12-1028-JDB (D. TNW.) shall be dismissed and United States will release any lien it has recorded related to this judgment.

11. Each party shall bear its own attorney's fees and costs.

Agreed and Consented to:

    For Plaintiff United States of America
    EDWARD L. STANTON III
    UNITED STATES ATTORNEY

By:    s/Barbara M. Zoccola                 Dated: 11/24/2015

Barbara M. Zoccola
Assistant United States Attorney
Tennessee Bar No. 13020
167 N. Main, Suite 800
Memphis, TN 38103
(901) 544-4231

For Defendant Donald Wiggins

By: s/Donald Wiggins  Dated: 11/5/2015
Donald Wiggins *(consent order received 11/9/2015)*
395 Dellinger Lane
Bolivar, TN 38008

For Defendant M. Jerline Wiggins

By: s/M. Jerline Wiggins  Dated: 11/5/2015
M. Jerline Wiggins *(consent order received 11/9/2015)*
395 Dellinger Lane
Bolivar, TN 38008

For Defendant Kimberly Wiggins McDonald

By: s/Kimberly Wiggins McDonald  Dated: 11/5/2015
Kimberly Wiggins McDonald *(consent order received 11/9/2015)*
355 Dellinger Lane
Bolivar, TN 38008

For Defendant Amanda Wiggins McKee

By: s/Amanda Wiggins McKee  Dated: 11/17/2015
Amanda Wiggins McKee *(consent order received 11/20/2015)*
15370 Hwy 125 So.
Bolivar, TN 38008

IT IS SO ORDERED, this 30th day of November, 2015.

s/ J. DANIEL BREEN
J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE